Collins, Ruben Arnez v. State of Maryland—Pet. Docket No. 131 *— granted. Opinion of the Court of Special Appeals unreported (No. 618, Sept. Term, 2014).

Glass v. Anne Arundel Co.—Pet. Docket No. 80 *—granted. Opinion of the Court of Special Appeals unreported (No. 185, Sept. Term, 2015).

Hughes v. Moyer, Sec'y of Public Safety and Correctional Serv's.—Pet. Docket No. 81 *—granted. Opinion of the Court of Special Appeals unreported (No. 275, Sept. Term, 2015).

Kor–Ko, Ltd. & Rothamel v. Dept. of the Environment—Pet. Docket No. 114 *—granted. Opinion of the Court of Special Appeals unreported (No. 1660, Sept. Term, 2014).

Smallwood, Dameron v. State of Maryland—Pet. Docket No. 84 *— granted. Reported below: 227 Md.App. 1, 132 A.3d 342.

*Denied June 24, 2016*

Adkins, Jasmine Marie v. State of Maryland—Pet. Docket No. 664— denied. (No. 02–K–15–000711, Circuit Court for Anne Arundel County.)

Ames, Brandon v. State of Maryland—Pet. Docket No. 69 *—denied. (No. 315215002, Circuit Court for Baltimore City.)

Ball, Jay Hanson v. State of Maryland—Pet. Docket No. 122 *— dismissed. Opinion of the Court of Special Appeals unreported (Nos. 1680 & 1721, Sept. Term, 2014).

Brandeen v. Brandeen—Pet. Docket No. 75 *—denied. Opinion of the Court of Special Appeals unreported (No. 1487, Sept. Term, 2015).

Byrd v. Belman—Pet. Docket No. 76 *—denied. Opinion of the Court of Special Appeals unreported (No. 1671, Sept. Term, 2013).

Castles of Love Assisted Living Homes v. Blanks—Pet. Docket No. 60 * —denied. Opinion of the Court of Special Appeals unreported (No. 641, Sept. Term, 2014).

---

* September Term, 2016